# EXHIBIT A1

**12 September 2017**
**Communication between Zia Chishti**
**and Tatiana Spottiswoode**

| Tatiana Spottiswoode | Do the laws even apply to u???  |
|---|---|
| Zia Chishti | Why wouldn't they? |
| Tatiana Spottiswoode | Haha oh I don't kno<br>Im excited to see you :) |
| Zia Chishti | Same here |
| Tatiana Spottiswoode | Im so glad we're on friendly terms z |
| Zia Chishti | Yup been too long |
| Tatiana Spottiswoode | Its so nice |
| Zia Chishti | Lot of lost time to make up for |
| Tatiana Spottiswoode | That's a negative way to think about it :)<br>Can you tell me something u r looking forward 2? |
| Zia Chishti | I'll hold the phone upside down |
| Tatiana Spottiswoode | Hahahaaa wha??? |
| Zia Chishti | Reverses the negative<br>Enough of me sending you tittilating texts<br>What are YOU looking forward to |
| Tatiana Spottiswoode | Mm. Well given that this violates all of my self-preservational instincts<br>Im looking forward to stupid things z :/<br>Like when u look at me w this one look in ur eye you used to get.<br>Like you are either going to eat me alive or cover me w gold leaf<br>And you hand stroking my body when we're lying next to each other.<br>Those are the things I miss :/<br>U seemed so infatuated w me, like u thought we could do no wrong<br>Anywae.<br>It'll be interesting<br>Lol |
| Zia Chishti | We can still do no wrong<br>It will be interesting for sure<br>Just to make things a bit less awkward<br>Let's agree we get naked straight away<br>We can figure it out from there |
| Tatiana Spottiswoode | Hahaha<br>I would rather pretend we met in the hotel bar and that I am coming up for a drink 😋<br>Id like to be seduced and slowly undressed<br>But I could compromise 🙄<br>I suppose<br>:) |

# EXHIBIT A2

**15 September 2017
Communication between Zia Chishti
and Tatiana Spottiswoode
Moments Before Second Sexual
Encounter That Day**

| Zia Chishti | How do we get rid of this guy |
|---|---|
| Tatiana Spottiswoode | Im having SO much fun |
| Zia Chishti | [Redacted substance reference] |
| Tatiana Spottiswoode | Lets talk to him |
| Zia Chishti | Me too<br>I want to fuck you so bad |
| Tatiana Spottiswoode | Hey I don't kno if u r looking at ur phone! Im so sorry , I started feeling bad and uberred home<br>I messaged k too<br>Thanks so much for ur hospitality 2nite |
| Zia Chishti | I am coming over |
| Tatiana Spottiswoode | Hahaha no I left already |
| Zia Chishti | Ok my way |
| Tatiana Spottiswoode | Slash giving an excuse for k to leave :)<br>Im hiding<br>I feel terrible 😊<br>I vomited everywhere |
| Zia Chishti | Don't worry<br>I am coming |
| Tatiana Spottiswoode | I am in a car almost home 😊 |
| Zia Chishti | I am in an Uber too |
| Tatiana Spottiswoode | Lol<br>Don't come plz<br>Im so embarrassed<br>Just let me go to sleep I'm gone<br>fine* |
| Zia Chishti | Already on my way<br>Will be there in 15 |
| Tatiana Spottiswoode | Ur kidding rte |
| Zia Chishti | Not at all<br>[redacted]<br>13 mins |
| Tatiana Spottiswoode | Im in ur hotel tell me when u r alone<br>** Im sick ** |
| Zia Chishti | You are at my hotel? |
| Tatiana Spottiswoode | Yea<br>Obvies |
| Zia Chishti | Shit ok |
| Tatiana Spottiswoode | Haha |
| Zia Chishti | On my way back |
| Tatiana Spottiswoode | Did u leave<br>Hahahahahahahaha |
| Zia Chishti | Yes! |
| Tatiana Spottiswoode | Im so convincing |
| Zia Chishti | Stupid me<br>I believed you |
| Tatiana Spottiswoode | Ur so sweet😊<br>R y w k<br>He's so nice |
| Zia Chishti | Ditched him |
| Tatiana Spottiswoode | Nice . |

| | |
|---|---|
| | I just got desperate<br>How far r u ? |
| **Zia Chishti** | Where are you hiding<br>3 mins<br>Meet me at elevators in3<br>2 |

# EXHIBIT B

**Sample of Knowingly Defamatory Statements**

I.     **Prepared Statement**

*Ms. Smith submitted a written statement to Congress which is affixed as Exhibit B1.  Ms. Smith was not under a compelling subpoena by Congress to submit such a statement.  It appeared on the House Judiciary Committee website prior to Ms. Spottiswoode's testimony on 16 November 2021.*

*This statement prepared by Ms. Smith was then subsequently essentially read verbatim by Ms. Spottiswoode in front of the House Judiciary Committee as part of her testimony on 16th November.*

*The following are false assertions from the Prepared Statement, later repeated by Ms. Spottiswoode, which are defamatory.  Together with these falsities are their reasonable interpretations, and the verifiable factual positions accruing to them:*

1.      "Chishti... invited me on a ski trip... to meet his nephew... who didn't exist"

This refers to the first romantic meeting between Ms. Spottiswoode and me, which occurred in the winter of 2014/2015 in Deer Valley, Utah.  The implication is that I manipulated Ms. Spottiswoode under false pretenses.

The creation of a non-existent nephew was a suggestion of Ms. Spottiswoode to me, to overcome her parent's hesitation around her coming to meet me on a ski trip.  Ms. Spottiswoode later described my willingness to go along with her ruse as "one of the most attractive things about me".

2.      "The trip was designed to groom me"

The contextual use of the term "grooming" refers "befriending and establishing an emotional connection with a minor, and sometimes the child's family, to lower the child's inhibitions with the objective of sexual abuse", according to Wikipedia.  The term was recently broadly used in describing Ghislaine Maxwell's conduct in support of Jeffrey Epstein.  In short, Defendants are accusing me of pedophilia, one of the most horrific crimes.

Defendants assertions in this regard are wholly unsupported.  By Ms. Spottiswoode's own acknowledgement her first romantic interaction with me occurred after she was twenty-one and fully adult.  Ms. Spottiswoode will be able to show no evidence whatsoever that I groomed her in any way, or that I am in any way a pedophile or have pedophilic tendencies.

3.      "I rejected him"

Defendants are claiming that on the Deer Valley trip Ms. Spottiswoode rejected my romantic advances.  As evident in the correspondence between us, Ms. Spottiswoode was an enthusiastic participant in our romance in Deer Valley and maintained a consistent flirtation with me after our time together which resulted in a romantic and sexual relationship.

4.      "I broke off our relationship… …later Mr. Chishti encouraged me to join his company… …Chishti assured me that he did not expect a sexual relationship"

Defendants are claiming that Ms. Spottiswoode was recruited to my company while she was not in a romantic relationship with me.  This is false.

Ms. Spottiswoode did break off her relationship with me at one point in the autumn of 2015.  But within two days she reached out to me to say she missed me, and then resumed a flirtatious dialog with me that encouraged me to resume our relationship.  We returned to a sexual and amorous relationship within a few weeks.  It was while we were in such an active relationship that Ms. Spottiswoode indicated a desire to join my company and proceeded to submit her credentials to my company for employment.

I informed my company's board about the pre-existing relationship, and other than her introduction to my company, I recused myself from her recruitment, work assignment, and work location.  I informed the senior management of my company of the relationship to recuse myself from her evaluation and compensation.

I never assured Ms. Spottiswoode that I did not expect a sexual relationship, nor did Ms. Spottiswoode request any such assurance.  Such an interaction would have been absurd, considering that we were in an active relationship at the time of her interviewing with and being hired by my company.

5.      "Chishti was not willing to treat me as an employee… …he oscillated between pressuring me for sex and punishing me."

Defendants are describing my conduct as sexual harassment.  I never sought to pressure Ms. Spottiswoode for sex, nor did I ever seek to punish Ms. Spottiswoode.  In correspondence while an employee, Ms. Spottiswoode reached out to *me* on multiple occasions in a manner that clearly indicated that she wanted a relationship with me that was romantic, flirtatious, and physical.

6.      "He humiliated me in front of co-workers and then ignored me completely"

Defendants are describing my conduct as creating a hostile work environment, witnessed by others.  I have never humiliated Ms. Spottiswoode at all, let alone in front of coworkers.  Ms. Spottiswoode chose to be physically and romantically affectionate with me in front of coworkers on multiple occasions, including at non-work events where multiple company employees were present and can testify as such.

While she was an employee of my company, there was precisely one text message from Ms. Spottiswoode to me to which I did not respond.  In every other instance I replied and engaged with every outreach by Ms. Spottiswoode to me.


7.      "Early in my employment I declined to go to Cuba with Chishti and a friend"

Defendants are asserting that a friend and I made an unsolicited and unwanted offer to Ms. Spottiswoode to go to Cuba which put her under duress, and which she declined.

In fact, Ms. Spottiswode and I were planning a trip together to Cuba ***prior*** to her joining my company, with the trip scheduled for ***after*** her joining my company.  The friend to whom Defendants are referring to is Ms. Kate Groetzinger, who is actually a friend of Ms. Spottiswoode from Brown University.  Together with Ms. Groetzinger, Ms. Spottiswoode was an enthusiastic organizer of the trip to Cuba, including describing the trip as "Good lord, this is so fun and also insane" and planning custom T-shirts for the trip.

Echoing Ms. Spottiswoode's earlier creation of a fake nephew, Ms. Spottiswoode then proceeded to fabricate an altogether fake trip that she would take to the Bahamas with Ms. Groetzinger. This, as in the earlier case, was for the benefit of her parents, such that they would not realize that Ms. Spottiswoode intended to go to Cuba with me.  To the right is a screenshot of the message Ms. Spottiswoode sent her parents intending to deceive them as to her whereabouts.



After sending this communication to her parents, Ms. Spottiswoode forwarded it to Ms. Groetzinger and me, and then texted us:

     "I'm a bad person, but I can't wait to cheel w u 2"

Which meant

     "I am a bad person, but I can't wait to chill with you two".

Ms. Spottiswoode only finally declined, at the last minute, to go on the trip because Ms. Spottiswoode's concurrent romantic partner, Mr. Jack Ross, became increasingly uncomfortable with the trip and confronted Ms. Spottiswoode on the matter.  Barring this difficult interaction, Ms. Spottiswoode was certain to go on the trip, including having booked time off from work and made travel preparations.

8.      "During a work meeting in Dubai, he put his hands inside my pants and grabbed my butt in front of co-workers"

Defendants are asserting a sexual assault at a work meeting, humiliatingly visible to other coworkers.

I have never physically interacted with Ms. Spottiswoode in any amorous fashion at any work meeting.  I have never put my hands inside Ms. Spottiswoode's pants in front of any coworkers.

In the incident that Defendants have contorted, Ms. Spottiswoode and I were both attendees at a company-wide trip to Dubai in December 2016.  On one evening after work meetings had concluded, at a non-work event Ms. Spottiswoode approached me in a bar.  No staff member of my company was required to be at the bar, and my company did not sponsor the time at the bar; all participation was purely voluntary.

Ms. Spottiswoode and I flirted together, and ultimately Ms. Spottiswoode tucked herself under my arm at the bar.  We both recalled our romantic and sexual history at that point.  It was at that stage that I gently squeezed Ms. Spottiswoode's posterior *outside* her pants.  No coworker noticed any such interaction.  Ms. Spottiswoode removed my hands from her posterior, but subtly indicated that she was interested in further intimacy.  Two days later, during this same trip to Dubai, she approached me and asked:  "What are we going to do about this sexual tension between us?", effectively asking me to have sex.

9.      "He turned his attention to another 20-something female emplo yee… the next morning she texted him that she felt 'violated'… that she asked [him] to stop many times…"

Defendants are asserting that in Dubai I harassed and assaulted another woman.  I did not.

10.      "I never saw any company sexual harassment policy or training"

Defendants are asserting that my company had no sexual harassment policy.  This is false.

My company had clear sexual harassment policies which contained straightforward enforcement procedures.  Ms. Spottiswoode signed documents in which she acknowledged that she was required to read the company's sexual harassment policy.

11.     "When I asked the head of my office what I should do, he suggested I avoid Chishti. Chishti made that impossible."

Defendants are asserting that there was nowhere that Ms. Spottiswoode could hide from me at work to avoid my unwelcome amorous attentions.

In fact, Ms. Spottiswoode served in the New York Office, while I served in the Washington D.C. office.  Our overlap only occurred on the infrequent occasions when we coincided in a city, and we had no social overlap that Ms. Spottiswoode did not either herself initiate or to which she did not herself enthusiastically agree.  In several instances, Ms. Spottiswoode reached out to me on an unsolicited basis to join her in flirtatious situations, which I declined.

Ms. Spottiswoode was never required by her role to spend any social time with me, and could simply avoid me if she chose.  I did not supervise Ms. Spottiswoode, and had recused myself from any role in evaluating, compensating, or promoting Ms. Spottiswoode.

12.     "I explained I didn't want to have sex with him in as many different ways as possible."

While an employee, Ms. Spottiswoode stated in writing her sexual attraction to me.  She verbally asked me for sex multiple times.  She sent erotic messages to me, and played erotic video clips to me in person.  She sent literature with highly explicit and erotic passages to me.

13.     "He called me a bitch in front of coworkers"

Although I have used the term "bitch" in a private disagreement with Ms. Spottiswoode, I have never used strong language with Ms. Spottiswoode in earshot of coworkers.  Ms. Spottiswoode did not inform Congress that she had earlier used the term "bitch" to describe herself to me.

14.     "I wrote to Chishti, 'three times you have behaved inappropriately and with my explicit non-consent'"

Defendants are asserting that I sexually assaulted Ms. Spottiswoode three times.  I have never sexually assaulted Ms. Spottiswoode.

Ms. Spottiswoode did write me an email in January 2017 accusing me of three assaults.  What Defendants are not clarifying is that in July 2017 Ms. Spottiswoode wrote to me to fully recant one of those assaults, acknowledging that it was altogether fabricated, and conceding that she could not really remember the second.  Of the third, which referred to my touching of her

posterior in Dubai, while Ms. Spottiswoode attempted to contest my narrative, she could not explain why two days after she had approached me and asked me to have sex with her.

Indeed Ms. Spottiswoode categorically stated in writing in July 2017, that I had never assaulted her, altogether recanting her earlier accusations.

15**.**     "In September 2017, Chishti's suggestions became more and more violent"

Defaming Defendants are asserting that I was verbally terrorizing Ms. Spottiswoode with unwelcome, violent communications.

This is false; I have never made any unwelcome violent statements to Ms. Spottiswoode.

16**.**     "I summoned my courage and told Chishti that his sexual demands made me feel fear that I was going to lose my job and were causing me to have panic attacks"

Ms. Spottiswoode never told me that she felt fear that she was going to lose her job.  The closest she came to this statement was describing apprehension at the prospect of other people at the company or her family or friends discovering our relationship.

Ms. Spottiswoode precisely once texted me that the prospect of having sex with me had given her a panic attack.  However, before I had a chance to read her text or respond, Ms. Spottiswoode described herself as having recovered from her panic attack and communicated that she was keen to proceed with amorous activity.  Anxiety was common for Ms. Spottiswoode; from childhood she had been treated for both depression and anxiety for which she took medication throughout our relationship.  I am unaware whether she continued to take her prescribed medications during and leading up to her testimony.

17.     "He sent me two pornographic emails describing his rape fantasy, including strangling me while having sex.  I was stunned and horrified and tried to ignore them."

Defendants are asserting that I was verbally harassing Ms. Spottiswoode.

Below are the two emails which Ms. Spottiswoode is misrepresenting, together with Ms. Spottiswoode's responses.  Neither email describes a rape fantasy on my part and, far from being stunned and horrified, Ms. Spottiswoode replied enthusiastically to both.

The first email was an erotic and playful description of Ms. Spottiswoode's thoughts when she visited me in my hotel room in New York in August 2017 which I, as the author, had guessed at:

*Subject: Alternative Fiction*

*She felt the need for his cock in her loins. This wasn't the urgent need for orgasm she used to feel when he tongued her clitoris; not the need which caused her to pull on her nipples and crave his fingers in her pussy and ass. It was something different; a yearning for him to be inside her; for her to sit on him and have him fill her up. She knew that later she would touch herself and relieve this need. But in the moment, as her shoulder touched his, she felt the desire within her.*

*They were watching erotic clips from foreign films she had brought up on her computer. Like her need, these clips weren't pornographic. There was no cock shooting cum on women bound in leather. These clips were subtle; a beautiful man and woman eager for each other's touch but set apart by circumstances. A couple kissing through a window, their lips meeting only glass. Was that why she had subconsciously brought up these clips in the midst of discussing the most mundane of work projects? Because her yearning, like the clips, was complex? She didn't know. She remembered thinking for a moment that perhaps \*he\* had somehow manipulated her into bringing up those clips. He was cunning that way.*

*Her voice became husky; it was changing beyond her control. She suddenly could not maintain the tone she had so purposefully struck between lighthearted and businesslike. They were both trapped, she knew. Much as she wanted sex with him, she couldn't act on it. Sex with him would bring back too much of their old relationship too fast. She had just become single and, she told herself, she wanted to enjoy it. No need, she told herself, to rush back into an intense relationship. It couldn't just be sex with him this once: if she allowed herself to be taken by him she knew that she would want it again. And then what? No, it wasn't right. It wasn't.*

*"Shall we go get some cigarettes?" she asked, suddenly standing up.*

Ms. Spottiswoode's response was:

*Hi*
*S0rr1 1 d1d nawt r3sP0nd 2 ur 3m41l*
*U r right on the money I just wasn't sure how to respond !*

Which meant:

*Hi, sorry I did not respond to your email.  You are right on the money.  I just wasn't sure how to respond!*

Similar to the first email, the second email was a fictionalization of a walk Ms. Spottiswoode and I took together in Central Park after the time we spent together in my hotel room:

*Subject: Park Fiction*

*It was some hazy nighttime hour as they entered Central Park. [Redacted], they were both walking with the familiar glow which, for a while, told them that all was right with the world. Perhaps a hundred feet in and the bustle of Fifth Avenue was gone; the hum of cars and people replaced with the quiet of a warm summer night. Above the treetops, the shimmering buildings of well-heeled Manhattan stood guard. The park's sprinklers were kissing the grass with their dew.*

*"Penny for your thoughts?", she innocently asked after their silence had stretched for a few minutes.*

*How to reply?*

*The truth was that he was thinking of grabbing her throat, pushing her to the ground, pressing his lips to hers, and putting his fingers up her skirt and on to the pussy he knew he would find drenched with need. He was thinking of her token few moments of resistance and then, overcome with desire, her inevitable arching of her back trying to get his fingers deep in her. He was going to play with her pussy, and stroke her clitoris with her own wetness. Gently first, then harder in the way she liked it. From the way she would cry out he would know when she couldn't take it anymore and was burning to have his cock within her. Then he would fuck her.*

*But he was also thinking of how he had promised her that he would make no sexual advance unless she specifically invited it. That was the condition that they had agreed for their first visit together in a very long while. Honor and integrity was oddly important to him in this situation; they were building trust after many months of anger between them.*

*"Not thinking anything at all," he lied, suppressing a chuckle at the irony. "Just enjoying being high"*

Ms. Spottiswoode's response:

> *Sup*
> *i bet u r on a plane!*
> *lets hang out in south america next week eh?*

Which meant:

> *What's up?  I bet you are on a plane!  Let's hang out in South America next week, eh?*

After this communication, Ms. Spottiswoode proceeded to plan an intimate encounter with me in Brazil, in explicit detail.

To put these communications in further context, here is one example of the many erotic communications that Ms. Spottiswoode sent to me while she was an employee at my company. This one is an excerpt from Doris Lessing's *The Golden Notebook*, which Ms. Spottiswoode gifted to me, and described as the one book with which she identified most closely:

> *"When Ella first made love with Paul, during the first few months, what set the seal on the fact she loved him, and made it possible for her to use the word, was that she immediately experienced orgasm. Vaginal orgasm that is. And she could not have experienced it if she had not loved him. It is the orgasm that is created by the man's need for a woman, and his confidence in that need.*
>
> *As time went on, he began to use mechanical means. (I look at the word mechanical—a man wouldn't use it.) Paul began to rely on manipulating her externally, on giving Ella clitoral orgasms. Very exciting. Yet there was always a part of her that resented it. Because she felt that the fact he wanted to was an expression of his instinctive desire not to commit himself to her. She felt that without knowing it or being conscious of it (though perhaps he was conscious of it) he was afraid of the emotion. A vaginal orgasm is emotion and nothing else, felt as emotion and expressed in sensations that are indistinguishable from emotion. The vaginal orgasm is a dissolving in a vague, dark generalized sensation like being swirled in a warm whirlpool. There are several "different sorts of clitoral orgasms, and they are more powerful (that is a male word) than the vaginal orgasm. There can be a thousand thrills, sensations, etc., but there is only one real female orgasm and that is when a man, from the whole of his need and desire, takes a woman and wants all her response. Everything else is a substitute and a fake, and the most inexperienced woman feels this instinctively. Ella had never experienced clitoral orgasm before Paul, and she told him so, and he was delighted. "Well, you are a virgin in something, Ella, at least." But when she told him she had never experienced what she insisted on calling "a real orgasm" to anything like the same depth before him, he involuntarily frowned, and remarked: "Do you know that there are eminent physiologists who say women have no physical basis for vaginal orgasm?" "Then they don't know much, do they?" And so, as time went on, the emphasis shifted in their love-making from the real orgasm to the clitoral orgasm, and there came a point when Ella realised (and quickly refused to think about it) that she was no longer having real orgasms. That was just before the end, when Paul left her. In short, she knew emotionally what the truth was when her mind would not admit it.*

Indeed Ms. Spottiswoode was comfortable with even more severe language and even more jarring situations when in literary context.  Below is an example of a passage in David Foster Wallace's *Infinite Jest* that Ms. Spottiswoode sent to me as a present while she was an employee at Afiniti:

> *"Matty looked up from the roll he was dipping in the soup and saw two underweight interracial girls moving across the window, one a nigger, neither even looking at the shit everyone's stepping around; and then a few seconds behind them Poor Tony Krause, who because of the trousers and cap Matty didn't even recognize as Poor Tony Krause until he'd looked back down and then up again: Poor Tony Krause looked godawful: sucked-out, hollow-eyed, past ill, grave-ready, his face's skin the greenish white of extreme-depth marine life, looking less alive than undead, identifiable as poor old Poor Tony only by the boa and red leather coat and the certain way he held his hand to his throat's hollow as he walked, that way Equus Reese always said always reminded him of black-and-white-era starlets descending curved stairs into some black-tie function, Krause never so much walking as making an infinite series of grand entrances into pocket after pocket of space, a queenly hauteur now both sickening and awesome given Krause's spectral mien, passing across the Grille's window, his eyes either on or looking right through the two skinny girls plodding ahead of him, following them out of the window's right-hand side.*
>
> *His Da'd begun fucking Matty up the ass when Matty was ten. A fook in t'boom. Matty had complete recall of the whole thing. He'd seen sometimes where persons that had unpleasant things happen to them as children blocked the unpleasantness out in their mentality as adults and forgot it. Not so with Matty Pemulis. He remembered every inch and pimple of every single time.*

18.      "In Brazil I avoided him as much as I could… I began to worry that Chishti wanted to hurt me and punish me for rejecting him"

Defendants are asserting that Ms. Spottiswoode sought to flee from my unwelcome sexual advances and from potential violence on my part.  This is false.

Ms. Spottiswoode had voluminous communications with me during our time together in Brazil that bluntly contradict this narrative.  This communication, on the 13th of September, two days before her alleged assault and rape, is just one of several examples (slightly edited for readability):

| | |
|---|---|
| Ms. Spottiswoode: | You are probably exhausted!  Yesterday I fell so deeply asleep at like 10:30.  Maybe something romantic tomorrow?  LOL *hates self* 🙇🙇🙇🙇 |
| Mr. Chishti: | Hahaha.  Good plan. |

| | |
|---|---|
| Ms. Spottiswoode: | I don't know, you could treat me like a princess or something casual 😊 |
| Mr. Chishti: | I will plot and scheme. |
| Ms. Spottiswoode: | I might not complain 😐😐😐 😉 LOL I am two Indian drinks in!  So brazen!! |
| Mr. Chishti: | Good starting point. |
| Ms. Spottiswoode: | I'm above everything, you know 😳 But I also like being treated like a princess. I can't help it 💁 |

19.     "Later that night, I went to the hotel bathroom and texted him that I was sick and going back to my hotel… I said I was vomiting… I felt completely trapped and hopeless"

Defendants are setting the stage for the accusation that I raped Ms. Spottiswoode.  In their narrative, I was about to force a sick and exhausted Ms. Spottiswoode to have sex with me.  This is false.

In fact, at this point in the evening Ms. Spottiswoode had already visited my room twice.  The first time she dropped the backpack which she had brought with her which contained her toiletries and a leather choker which we had used together in the past to restrict her airflow.  The second time we had a sexual encounter in which I performed oral sex on Ms. Spottiswoode, after which she described herself in writing to me as "having SO much fun".

The larger group of people earlier in the evening had at this point dwindled down to just three: Ms. Spottiswoode, myself, and Mr. Khurram Waqar, a work colleague.  Ms. Spottiswoode, eager to spend time with me apart from Mr. Waqar, concocted a ruse to get Mr. Waqar as the third wheel to leave.  Below is the actual exchange and its running context, slightly edited for readability, which establishes the opposite of what Ms. Spottiswoode testified to Congress:

| | |
|---|---|
| Mr. Chishti: | How do we get rid of this guy? |
| Ms. Spottiswoode: | I'm having SO much fun |
| Mr. Chishti: | [Redacted] |
| Ms. Spottiswoode: | Let's talk to him |
| Mr. Chishti: | Me too.  I want to fuck you so bad. |

*At this point Ms. Spottiswoode whispered to me that "she has a plan" and excused herself to go to the bathroom.*

| | |
|---|---|
| Ms. Spottiswoode: | Hey I don't know if you are looking at your phone!  I'm so sorry, I started feeling really bad and uberred home.  I messaged Khurram too.  Thanks so much for your hospitality tonight. |
| Mr. Chishti: | I am coming over. |
| Ms. Spottiswoode: | Hahaha no I left already. |
| Mr. Chishti: | Ok.  I am on my way. |
| Ms. Spottiswoode: | Slash giving an excuse for Khurram to leave :) |
| | I'm hiding |
| | I feel terrible 🙄 |
| | I vomited everywhere |
| | I am in a car almost home 🙄 |

*Coming after she tells me she is inventing an excuse, and after she tells me she is hiding at my hotel, and coupled with her use of Face with Rolling Eyes emojis, Ms. Spottiswoode is in fact communicating that she is **not** hiding, feeling terrible, vomiting, or in a car headed home, but she wants me to relate that she is feeling so to Khurram, to stay consistent with what she has messaged him.*

| | |
|---|---|
| Mr. Chishti: | I am coming |
| | I am in an Uber too |
| Ms. Spottiswoode: | LOL.  You are kidding me. |
| Mr. Chishti: | Not at all. |
| | [Redacted] |
| | I'm 13 minutes away. |

*I didn't understand what Ms. Spottiswoode was trying to do and that she was still at the hotel.  I understood that she had in fact left in order to give Khurram an excuse to leave, and wanted me to lie to him to stay consistent with the messages she had sent him.  So I left the hotel to come to Ms. Spottiswoode's hotel.*

| | |
|---|---|
| Ms. Spottiswoode: | I'm in your hotel.  Tell me when you are alone. |
| | ** I'm sick ** |
| Mr. Chishti: | You are at my hotel? |
| Ms. Spottiswood: | Yes, obviously! |
| Mr. Chishti: | Shit OK |
| Ms. Spottiswoode: | Haha |
| Mr. Chishti: | On my way back |
| Ms. Spottiswoode: | Did you leave? |
| | Hahahahahahahaha |
| | I'm so convincing |

*Here Ms. Spottsiwoode is enjoying the success of her ruse.  As she stated at the outset, she in fact had never left the hotel.  She had simply invented a ruse to get rid of Mr. Waqar and stay for the balance of the evening at the hotel with me.  Ms. Spottiswoode,*

*believing that Khurram might still be with me heading towards her hotel, reiterated in the air-quoted ** I'm sick ** so that I would communicate that to Mr. Waqar.*

| | |
|---|---|
| Mr. Chishti: | Stupid me.  I believed you. |
| Ms. Spottiswoode: | You are so sweet 😌 |
| | Are you with Khurram? |
| Mr. Chishti: | Ditched him. |

*Here Ms. Spottiswoode realizes that I am now alone, and Khurram has left.*

| | |
|---|---|
| Ms. Spottiswoode: | Nice.  I just got desperate. |
| | How far are you? |
| Mr. Chishti: | Where are you hiding.  I am 3 minutes away. |
| | Meet me in the elevators in 3, 2, … |

*At this point Ms. Spottiswoode was waiting for me at the hotel elevators to join me in going to my room, "desperate" to see me, and consistent with her plan to stay overnight with me, having brought her backpack with toiletries and left it in my room earlier in the evening.*


20. "He beat me while having sex with me"

Defendants are asserting that I violently assaulted Ms. Spottiswoode.  This is false.

Since the inception of our relationship in 2014, Ms. Spottiswoode and I had a history of sexual intimacy which involved the mutual exchange of scratching, biting, and slapping – a practice she initiated with me in our relationship and was documented with both photographic and textual communications as something she enjoyed.  Ms. Spottiswoode had historically asked me to whip her with a leather horse-riding crop and to restrict her airflow with a leather choker.  In fact, Ms. Spottiswoode was clear that our sexual encounter would involve the sharing of pain and acknowledged as much in writing three days before the encounter:

| | |
|---|---|
| Mr. Chishti: | Did you bring your whip and collar? |
| Ms. Spottiswoode: | I brought my beautiful bracelet that I love 😆 |
| | The other object doesn't really fit in any of my bags!! |
| Mr. Chishti: | Hmmmm.  Will have to improvise. |
| | One thing is for sure.  Pain will be involved. |
| Ms. Spottiswoode: | You really know how to smother these things in innuendo. |
| | Leave something to the imagination 😆 |
| | Lets see what happens maybe …… ???!!!???!!!??? |
| | Yup |

Page 121

The "beautiful bracelet" Ms. Spottiswoode refers to is an Hermes jewelry item in the "Collier de Chien" product family, which translates into "Dog Collar". The "other object" is an Hermes leather horse riding crop which she described in writing that she enjoyed being struck with during sex. The emojis Ms. Spottiswoode uses are "Squinting Face with Stuck Out Tongue" which, according to emojipedia, "conveys a sense of fun, excitement, playfulness, hilarity, and happiness, as if saying Squeee! Or Awesome! ... Because of its stuck-out tongue, this smiley may be applied or interpreted in suggestive ways".

At no point did I share any practice with Ms. Spottiswoode that she did not enthusiastically engage in. Ms. Spottiswoode shared similar conduct with me, creating bruising, bite marks, and scratch marks on my body. On the night she alleges rape, she verbally asked to have sex with me, and never told me to stop what we were doing. She had sex with me in the superior position, belying her subsequent claim of rape. Our sexual encounter lasted several hours, during which Ms. Spottiswoode told me multiple times that she loved me. I fell asleep holding Ms. Spottiswoode in my arms.

21.     "He told me that he should have had sex with me when we first met when I was thirteen years old".

This is a lie that implies, at a minimum, pedophilic tendencies on my part, if not outright pedophilia. I made no such statement.

22.     "I had bruises around my neck that looked like I had been strangled, a large bump on my head, a black eye. A nurse told me I had a concussion".

Despite Ms. Spottiswoode's extraordinary assertion that she had bruises around her neck arising from strangulation, even the carefully selected photographs that Ms. Spottiswoode shared with Congress displays no such marks.

 

A signature sign of strangulation is redness in the sclera, or "white" of the eye.  Ms. Spottiswoode's sclera is clear.  Any strangulation marks would circle Ms. Spottiswoode's neck rather than be in defined patches that are approximately the size of a bite.  The only marks on her neck that she displayed to Congress were hickeys, consistent with our past practice, and commonplace in sexual contact.  The pictures above circle all the visible marks on her neck.

I did not strike Ms. Spottiswoode in any fashion that would result in a black eye, nor did she have a black eye.  The apparent shadow around her left eye is simply an artifact of lighting coming from above and behind her, which also creates a similar shadow on the front of her neck and her upper chest.  A useful description of the appearance and nature of a black eye is available on the American Academy of Ophthalmology's website: https://www.aao.org/eye-health/tips-prevention/5-things-to-know-about-black-eye.  Unlike what Ms. Spottiswoode represents, the bruising of a black eye is vivid and creates a marked contrast against skin, even more so against fair skin such as Ms. Spottiswoode's.

At no point did I strike Ms. Spottiswoode in any fashion that would result in a bump on her head or in a concussion, and she had no bumps on her head the following morning when we were together in my hotel room, nor did she display any of the symptoms of a concussion such as vomiting, balance issues, dizziness, or blurry vision.  The next morning, Ms. Spottiswoode and I held a lucid conversation, she packed her toiletries and sex prop, I walked her to her taxi, and kissed her goodbye.

23.     "As soon as my lawyers contacted Afiniti, Chishti initiated an arbitration against me."

This is false.  Ms. Spottiswoode's lawyers demanded $50 million from me, or they would take the matter to public litigation.  Ms. Spottiswoode and her lawyers were aware that the simple act of public litigation would have destroyed both me and my affiliate businesses.

Nevertheless, I maintained a dialog for approximately two months with Ms. Spottiswoode's attorneys seeking to constructively settle the matter.  Indeed, I wrote Ms. Spottiswoode a note over this period naively declaring my care and fondness for her, sharing my perceptions of the situation, and hoping that we would reconcile.  Ms. Spottiswoode's attorneys then set a deadline by which I needed to pay them $50 million, or they would violate Ms. Spottiswoode's employment agreement to arbitrate any civil disputes and instead go public with their allegations.  Ms. Spottiswoode's attorneys understood that a public litigation of this nature would be ruinous to my career and to my business.

On the eve of Ms. Spottiswoode's deadline and two months after Ms. Spottiswoode's lawyers began threatening me, to prevent irreparable harm to me and businesses, I initiated a confidential arbitration with Ms. Spottiswoode, as was both her and my contractual obligation.

24.      "Nine months later... to punish and scare me ... he sued my father."

Defendants are asserting that I retaliated against Ms. Spottiswoode for her actions.  This is false.  Ms. Spottiswoode has already brought her claims of retaliation to the New York Commission on Human Rights which dismissed them on the pleadings for lack of merit and declined to pursue an investigation.

In fact, I have never sued Mr. Spottiswoode.  Mr. Spottiswoode was sued by The Resource Group for theft of trade secrets.  Given my own conflict with Ms. Spottiswoode, I had recused myself from The Resource Group's decision to pursue litigation against her father.


25.      "Chishti's lawyers... in exchange for erasing the arbitrator's ruling... offered to (1) let me keep the money awarded; (2) drop the claim against my father; and (3) give my father $1,000,000.

Defendants' assertions are both false and highly misleading.

The Resource Group did not approach Ms. Spottiswoode or Mr. Spottiswoode seeking a settlement.  In fact, Ms. Spottiswoode's lawyers first approached The Resource Group and attempted to tie the litigation of her father with that of her own.  They initially threatened public exposure of Ms. Spottiswoode's arbitration unless The Resource Group dropped their claims against her father.  The Resource Group did not accede to Ms. Spottiswoode's threats.

Then Mr. Spottiswoode and Ms. Spottiswoode's lawyers proposed a settlement in which Mr. Spottiswoode would subject his equity position in Afiniti to vesting over time as long as the knowledge of Ms. Spottiswoode's arbitration did not become public.  The Resource Group also rejected this proposal.

By virtue of Ms. Spottiswoode's conduct, it was clear that she was attempting to leverage the potential of publicity around her concluded arbitration for her advantage, creating a sword she might use any time in the future to further extort me.

The Resource Group made no such proposal as Defendants describe.  The closest proposal The Resource Group made to Defendant's description contemplated Mr. Spottiswoode paying The Resource Group $6 million in shares in Afiniti that he owned, subjecting a further $1 million in vesting to align his incentives with Afiniti, and having The Resource Group purchase a final $1 million in shares from him.  The aggregate of $8 million represented Mr. Spottiswoode's total holding in Afiniti shares.  It was only as part of this broader transaction that Ms. Spottiswoode would agree to drop her allegations against Mr. Chishti, a point that became critical given Ms. Spottiswoode's demonstrated propensity to leverage our arbitration for ongoing future benefit.

To retain the ability to extort me in the future, Mr. and Ms. Spottiswoode rejected this proposal to compensate The Resource Group for Mr. Spottiswoode's theft and create a settlement which allowed both sides to move on without further fear or need for interaction.

26.     "Chishti is able to carry out this on-going campaign of retaliation against me, my family, and probably other victims."

Defendant's claims of my retaliation against Ms. Spottiswoode and her family have already been independently adjudicated by the New York Commission on Human Rights and found to be lacking sufficient merit to proceed to investigation.  Defendants have no evidence whatsoever that there are any "other victims" against which I am retaliating.

27     "The person who changed my life forever continues to abuse me because forced arbitration gives him the power to do it in secret."

Ms. Spottiswoode's arbitration with me ended over four years ago.  I have had no contact with Ms. Spottiswoode of any kind since then.  In my entire life I have only ever initiated the one arbitration against Ms. Spottiswoode, and that too after several months of duress.  I have never been in an arbitration against any other individual on matters of sexual harassment or assault.

## II.     Ms. Spottiswoode's Congressional Question and Answer on 16th November 2021

Congressman Nadler

Nadler:              Ms. Spottiswoode, your attacker did not attempt to conceal his actions. He operated in broad daylight. You on the other hand were forced into a secret closed-door proceeding.  Prior to joining Afiniti, you had no idea if your attacker had previously acted like this towards anyone else at the Company.  You believe that secret arbitration proceedings endangered men and women in similar situations?

Spottiswoode:     Of course. Even at Afiniti I don't know whether there are women there who like me might think that they are the only person that this has happened to.  And, like me, would have to wait until months into an arbitration proceeding to learn that there are other victims.

Ms. Spottiswoode is accusing me of assaulting not just her, but also others.

Both accusations are false.


<u>Congresswoman Lee</u>

Lee:                          Ms. Spottiswoode, you indicated in your testimony that there was
                             another young woman who was harassed and assaulted on an
                             international trip.  Do you believe that Chishti has a pattern of luring
                             young women out of the Country and assaulting them which changes the
                             framework of your legal rights?

Spottiswoode:                I personally believe that.  Certainly, there were a lot of similarities
                             between what happened to me and the other young woman that I
                             learned about.  But whatever his pattern is, it won't ever be revealed if
                             he can always set the rules of dispute resolution with his employees.

Ms. Spottiswoode is accusing me of harassing and assaulting another woman, and accusing me
of having a pattern of luring women out of the United States to harass and assault them.

Both accusations are false.


<u>Congressman Gohmert</u>

Gohmert:                     Ms. Spottiswoode, sorry for not knowing, but your attacker – did he ever
                             face criminal consequences?

Ms. Spottiswoode:            No, as far as I know he is still the CEO of the Company.  In fact, I am very
                             much afraid of what will happen after this hearing.

Ms. Spottiswoode is accusing me of being a criminal.  Based on the context of her testimony,
she is accusing me of being a rapist, pedophile, and assaulter.

Ms. Spottiswoode's accusations are false.


<u>Congressman Johnson</u>

Johnson:                     Ms. Spottiswoode, the incident that you told us about that gave rise to
                             the pictures that you have submitted into the record, that incident took
                             place beyond the shores of America, is that not correct?

| | |
|---|---|
| Ms. Spottiswoode | That's right.  And, multiple times that I was assaulted, it was on international trips. |
| Johnson: | Probably to keep you from being able to file a criminal action against Mr. Chishti, correct? |
| Ms. Spottiswoode: | Perhaps. |

Ms. Spottiswoode is accusing me of being a criminal.  Based on the context of her testimony, she is accusing me of being a rapist, and assaulter.

Ms. Spottiswoode's accusations are false.


Congressman Issa

| | |
|---|---|
| Issa: | Yours is a case of criminal attack outside of the United States and you were not bound by a nondisclosure because you did not go through the process.  Is that correct? |
| Ms. Spottiswoode: | I had a nondisclosure in my original employment contract. |

Ms. Spottiswoode is accusing me of being a criminal.  Based on the context of her testimony, she is accusing me of being a rapist, and assaulter.

Ms. Spottiswoode's accusations are false.


Congressman Raskin

| | |
|---|---|
| Raskin: | These four citizens of quite breathtaking strength and courage have just ripped the mask off the continuing regime of sexual harassment and sexual assault by male bosses… … I'd like to ask our witnesses whether you feel you lost something by the destruction of the constitutional right of the jury trial and what you think might have happened if you might have gotten a jury trial. |
| Spottiswoode: | I absolutely feel like I lost something.  A jury of my peers, full discovery, production of witnesses who were able to – my employer didn't produce.  And just having the rules of civil procedure that were designed to protect people like me. |

Ms. Spottiswoode is accusing me maintaining a regime of sexual harassment and assault.

Ms. Spottiswoode's accusations are false.


Congresswoman Jayapal

Jayapal:            Ms. Spottiswoode, I am very grateful for your testimony, and I am going to direct my questions at you.  And I am sorry to have to get into the details in the way that I am going to.  But I think it is important for the Country to hear your voice and to see your courage, and to see what you had to deal with.  When Chishti sent you an email about him fantasizing about raping and strangling you, how did you react and how did you feel about your safety?

Spottiswoode:       I was appalled.  I felt very unsafe.  I was really afraid for my life and my wellbeing.  I didn't think there was anyone I could go to because I had already spoken to the head of my office and asked other people on work trips to keep an eye out for me and I just knew that no one was going to intervene and, yes, so I felt very alone.

Jayapal:            And that even occurred before the Company trip to Brazil, correct?

Spottiswoode:       Which event?  Sorry.

Jayapal:            When you got the email, that occurred before your Company trip to Brazil.  And you were responsible for the Brazil accounts.  So it is fair to say that you had to go to Brazil.

Spottiswoode:       I was the head data analyst on the accounts, so yes.

Jayapal:            That was your job.  Do you believe that Chishti planned in advance to strangle, beat, and rape you in Brazil?

Spottiswoode:       I try not to think about what he was thinking.  But yes, I would imagine so.

Jayapal:            And when you were on the Brazil trip, after you told Chishti that you were feeling unwell and heading to your room, what was your reaction when he said he was "coming to your room"?

Spottiswoode:       I just felt like I had run out of options.  And at that point I was trying to mitigate harm and not make him any angrier if he was going to be showing up to my door angry because I hadn't responded.  That seemed worse then.  Yeah, so I wanted to not get hurt.

Jayapal:            Do you believe he would have forced his way into your room?

Spottiswoode:       I didn't know what would happen.

Jayapal:            And you felt that you would face even greater harm or injury if you had not gone there?

Spottiswoode:       Definitely.

Jayapal:            It sounds like you were in survival mode at this point.  Were you afraid that Chishti might try to kill you especially if you continued to ignore or resist him?

Spottiswoode:       I was.  I wouldn't necessarily have put it that way at the time.  But I was having nightmares even before my experience in Brazil.  Yeah, panic attacks.  I think a lot of us are very good at compartmentalizing because I wanted to do my job, I wanted to be really good at my job.  And so I tried to put it away.  But those things kind of rise to the surface from your subconscious so yeah, I was very afraid.

Jayapal:            And the attack occurred overseas.  Did you feel comfortable going to the Brazilian police and would the law even have allowed you to seek help from American police?

Spottiswoode:       I did not feel comfortable going to the Brazilian police.  It is not common for people to speak English there and I was afraid of what would happen if I went to that authority there.  When I came back to the US and consulted an attorney, they said that it was unlikely that criminal proceedings could be brought because the events had occurred abroad.  So I didn't really consider that an option.

Jayapal:            And Ms. Spottiswoode, your abuser went to great lengths to remove you from the Country and away from your friends and family before forcing himself upon you and he repeatedly asked you for sex before you had to speak up to get him to stop.  Did you feel like you had to apologize for repeatedly turning him down?  And how did his repeated advances and anger at your rejection affect his behavior?

Spottiswoode:       Absolutely, so yeah I think that anyone who has experienced something like this knows that you don't just say the same thing every time someone asks you like this because you try to say something else and convince them another way and I didn't want to just repeatedly reject him in a way that would make him really angry so I would come up with

> other reasons.  So I would tell him that I had work and couldn't meet up and would basically just say anything else to get out of the situation and I think women who are having these kinds of experiences just never think that anyone's going to be looking at a transcript and trying to figure out what happened so they are just doing whatever they can to try to get through an experience without getting hurt.

Ms. Spottiswoode is accusing me of contemplating murdering her.  She is also accusing me of, motivated by her rejection of my advances, being a criminal rapist and assaulter.  Ms. Spottiswoode is characterizing her interactions with me on the pivotal night in question in Brazil as one of her consistently rejecting me in the face of harassing behavior, capped by my ignoring her pleas of being unwell and then forcing myself upon her.

Ms. Spottiswoode's accusations are false.  Ms. Spottiswoode was an eager participant in our sexual relationship, with abundant communications from her to me asking for a romantic relationship and describing in detail the sexual practices she was keen to share with me on the specific night in question in Brazil.

Ms. Spottiswoode did not tell me she was unwell in the period immediately prior to our second sexual encounter on 16 September 2017.  In fact, she told me the exact reverse, seeking to be alone with me at the end of an evening that had earlier already involved sexual interaction.  Ms. Spottiswoode fabricated a ruse to be alone with me after the crowd of people we were with dwindled down to three, in which she communicated to me that she was *not* unwell, but that I should inform the third wheel in the situation that she was ill, specifically to get him to leave.

Contrary to what Ms. Jayapal was led to believe, Ms. Spottiswoode's hotel was many miles away from my own hotel; there was never a question of her going to a room in her name at my hotel and me forcing myself into her room there.  Indeed, there was no requirement that Ms. Spottiswoode come to my hotel at all.  At any time had Ms. Spottiswoode wanted to leave my hotel and go home, she was welcome to do so – she had at least four hours with me at the hotel with a social group of people during which she could have left at any time, as indeed many people did.  During this period Ms. Spottiswoode had visited my room twice:  first to drop off her backpack which contained her toiletries and a sexual prop, and then later to have a brief sexual encounter with me, after which she reported in writing that she was having "SO much fun".

Even allowing for failure in Ms. Spottiswoode's memory and an error in Ms. Jayapal's understanding, there was no way I could have stalked Ms. Spottiswoode even at her own hotel room.  Her hotel required keycard access for entry to its elevators – it was physically impossible for me get within a hundred yards of her hotel room without her specifically welcoming it.

Page 130

Congresswoman Demings

Demings:    Ms. Spottiswoode, as we are talking about culture and I just so appreciate all of you for being here today to shine a light on this problem in our society.  Tell me about – you know I don't necessarily want to ask you how you felt – but to do it in front of others just like it was expected, it was okay.  Could you talk a little bit about that moment please?

Spottiswoode:    Of course.  It was humiliating.  I felt like an object.  You never want your coworkers to be thinking about your butt or thinking about you as sexual in any way.  And that's what this does.  It forces you to be a sexual object in your workplace.  And it is someone else making that decision for you, and you never get to take it back from them.

Ms. Spottiswoode is accusing me of publicly humiliating her, repeating her claim that I physically assaulted her at a work event.

Ms. Spottiswoode's accusations are false.  I have never humiliated her or physically assaulted her at a work event.


Congressman Garcia

Garcia:    I know that you have talked about fear and I think you said earlier that you didn't go to the police because you were in Brazil, right?

Spottiswoode:    Yes, that's right.

Garcia:    And that you have to have a level of trust to be able to sit down and talk to law enforcement about this, I know that this is true for many rape victims.

Spottiswoode:    Absolutely, and you need to speak the same language as them.  And so there were a lot of reasons why I didn't go to the police.


Ms. Spottiswoode is falsely accusing me of rape.


Congresswoman McBath

McBath:    How have your experiences enduring this horrific sexual violence and also arbitration and retaliation affected your physical and mental health?

Spottiswoode:        Just to respond quickly, I recovered very quickly from my physical
                     injuries.  But I have PTSD and that affects my life every day and in
                     addition the stress of being in ongoing litigation and knowing that every
                     time that I talk to my parents Chishti is an ongoing presence in our lives
                     and costing us money and invading our time together.  My relationships
                     with my parents will never be the same, and my relationships with other
                     people – my trust is just shattered.

Ms. Spottiswoode is accusing me of horrific sexual violence, essentially rape.  Ms.
Spottiswoode's accusations are false.  I have done nothing to cause Ms. Spottiswoode PTSD, or
affect her social relationships.


Congresswoman Dean

Dean:                Do you feel that your rights were stripped away from you, not just the
                     assaults, the attacks, the rape, but did you feel your constitutional right
                     was taken away from you?

Spottiswoode:        Thank you for the question.  I just wanted to answer that by addressing
                     something that a lot of people have said here which is that jury trials are
                     very slow and expensive.  And I don't actually know really what they are
                     like because I haven't experienced one but I can tell you that my
                     arbitration was very slow and very expensive and the cheapest thing to
                     do rather than trying to unburden our courts by forcing victims like us
                     into arbitration would be to just not assault people and harass people in
                     the workplace.  And if we have access to jury trials, maybe instead of all
                     of us having to go through this very slow process people just wouldn't act
                     that way as much anymore.

Ms. Spottiswoode is accusing me of assault, attacks, and rape.  Her accusations are false


III.    **Defendants statements to the press**

Telegraph, 18 November 2021, James Titcomb and Lucy Burton

        On Thursday Ms. Spottiswoode told The Telegraph: "Everyone involved in the
        misogynist culture at Afiniti – there are quite a few – should be held accountable.
        Everyone who enabled it should be held accountable.  As long as they have forced
        arbitrations, we can assume that this behavior is ongoing."

> Ms. Spottiswoode urged the company to drop legal action against her father, whom she said had been targeted in an attempt to force her to erase an arbitration ruling against Mr. Chishti.

> "On a personal level, the board should insist that Afiniti and Chishti pay my father for the stock they seized and for his attorney's fees and dismiss the retaliatory arbitration they filed to scare and punish me."

Given the context of Ms. Spottiswoode's testimony to Congress two days prior on November 16th, Ms. Spottiswoode is effectively repeating the accusations she made in front of Congress. Further, Ms. Spottiswoode is accusing me of being a misogynist, and of failing to hold Afiniti accountable for a culture of misogyny.

Ms. Spottiswoode's accusations are false.

Afiniti did not seize any stock from Ms. Spottiswoode's father.  Mr. Spottiswoode refused to repay debts owed to Afiniti which were secured against his stock.  Mr. Spottiswoode was given more than a year to repay his debts, but instead he elected to surrender his stock to retire his obligation to Afiniti.

No retaliatory action was taken against Mr. Spottiswoode.  Ms. Spottiswoode has already taken her claims of retaliation to tribunal and had them adjudicated as false.  I never initiated litigation against Ms. Spottiswoode's father.

This article also makes clear Ms. Spottiswoode's motives.  She was seeking to use the publicity from her accusations to force settlement of The Resource Group's arbitration against her father.

Telegraph, 20 November 2021, James Titcomb

> Ms. Smith said: "Every single sexual predator has this playbook of saying the harassment was 'welcome'.  When I sued Roger Ailes on behalf of Gretchen Carlson, Ailes immediately released a "thank you" note she had written to somehow prove that she consented to his harassment."

> "Does Chishti claim that Ms. Spottiswoode consented to being beaten?"

Given the context of Ms. Spottiswoode's testimony to Congress four days prior on November 16th, by calling me a sexual predator Ms. Smith is effectively repeating the accusations Ms. Spottiswoode made in front of Congress.  Wikipedia describes Ms. Smith's choice of term as: "People who commit sex crimes, such as rape or child sexual abuse, are commonly referred to as sexual predators, particularly in tabloid media or as a power phrase by politicians".

Ms. Smith is asserting that Ms. Spottiswoode's communications with me rose to no more than a "thank you" note.

Ms. Smith is asserting that Ms. Spottiswoode was beaten without her consent.

These accusations are false.

Telegraph, 27 November 2021, James Titcomb

> Nancy Erika Smith, Ms. Spottiswoode's lawyer, called on Texas-based AT&T to hold Afiniti accountable, saying customers have a "powerful voice" to force changes.

> "Customers such as AT&T are becoming more active in rejecting the products and services of companies which enable and cover up sexual harassment, abuse and other types of discrimination," she said.

> "Customers and shareholders should assign responsibility to board members and the companies that prop up the harassers and enablers.  Money talks and customers have a powerful voice.  I hope they use it."

Given the context of Ms. Spottiswoode's testimony to Congress eleven days prior on November 16th, Ms. Smith is effectively repeating the accusations Ms. Spottiswoode made in front of Congress.  Further, Ms. Smith is directly accusing me of being a sexual harasser, and an enabler of sexual harassment.

These accusations are false.


IV.     **Defendants Social Media Postings**

Twitter, November 16,2021

So proud of Tatiana Spottiswoode for her brave & powerful testimony before the House Judiciary Committee today. Ban Forced Arbitration. @JusticeDotOrg @GretchenCarlson @julieroginsky Lift our voices.

— Nancy Erika Smith (@nancyerikasmith)

Given the context of Ms. Spottiswoode's testimony on the same day of November 16th, Ms. Smith is effectively repeating the accusations Ms. Spottiswoode made in front of Congress.

Twitter, November 19, 2021

 Forced arbitration enabled him.  The light of day brought him down.  So proud of my client Tatiana Spottsiwoode!  Thank you @RepJerryNadler @RepCheri @HouseJudiciary @GretchenCarlson @julieroginsky @JusticeDotOrg.

— Nancy Erika Smith (@nancyerikasmith)

This tweet, without any context other than Ms. Spottiswoode's testimony, validated and repeated Ms. Spottiswoode's defamations of in front of Congress just three days earlier.

Twitter, July 27, 2922

Hey @AOC @RepRaskin @RashidaTlaib @CoriBush & @RepMaloney – a subpoena would trump any NDAs these employees have signed.  It's how we were able to expose Zia Chishti's horrific behavior at the top of Afiniti.  Reach out if you have any questions!

— Nancy Erika Smith (@nancyerikasmith)

This tweet, without any context other than Ms. Spottiswoode's testimony, validated and repeated Ms. Spottiswoode's defamations of in front of Congress just three days earlier.

# EXHIBIT B1

## Ms. Smith's Submission to Congress



COUNSELLORS AT LAW
SMITH MULLIN, P.C.

NANCY ERIKA SMITH, ESQ.

240 CLAREMONT AVENUE · MONTCLAIR, NEW JERSEY 07042
TEL. (973) 783-7607 · FAX (973) 783-9894
NSMITH@SMITHMULLIN.COM

## TESTIMONY OF TATIANA SPOTTISWOODE
## HOUSE COMMITTEE ON THE JUDICIARY
## NOVEMBER 16, 2021

I first met Zia Chishti, the multi-millionaire founder of Invisalign and the founder and CEO of Afiniti, when I was 12 or 13. He was a business associate and friend of my father's. He would take our family out to dinner when he was in town. My father owned Afiniti stock and believed that he and my mother would retire very comfortably from that stock.

When I was in my senior year of college in December 2014, Chishti, who was 43 at the time, invited me on a ski trip. I was 21. I initially declined – but he insisted that he wanted me to meet his nephew, who also studied philosophy, so I agreed. I later learned that the nephew, who never showed up, didn't exist.

The trip was designed to groom me. Chishti told me he had feelings for me and showed me an extravagant lifestyle. I rejected him then, but after he persisted in pursuing me, nine months later I agreed to date him. After spending time together about five times over 10 weeks, I broke off the relationship.

Months later, Chishti encouraged me to join his company. He presented a rosy picture of a great career opportunity. Naively, I believed him. Chishti assured me that he did not expect a sexual relationship.

In April 2016 I signed a contract with Afiniti that included an arbitration agreement with a strong confidentiality clause. I did not know what that meant at the time. I was just excited and relieved to be making $60,000 a year.

As it turned out, Chishti was not willing to treat me like an employee. Instead over the next 18 months, he oscillated between pressuring me for sex and punishing me. When I rebuffed him, he humiliated me in front of co-workers and then ignored me completely, causing me to fear for my job.

1

Early in my employment I declined to go to Cuba with Chishti and a friend. He was very angry and refused to speak to or acknowledge me for months. During a work meeting in Dubai, he put his hand inside my pants and grabbed my butt in front of co-workers. No one took any action on my behalf. During that same trip, he turned his attention to another 20-something female employee, also the daughter of someone Chishti called a friend. The next morning she texted him that she felt "violated," that she had "asked [him] to stop many times…[and] that [he] knew how drunk [she] was." Afiniti executives and Chishti arranged for her to fly home early and later paid her a secret settlement – and the company did nothing to protect other Afinti women, including me.

Chishti orchestrated evening social gatherings for his employees in far-flung locations, where heavy drinking was the norm. I never saw any company sexual harassment policy or training. When I asked the head of my office what I should do, he suggested I avoid Chishti. Chishti made that impossible.

As the CEO of the company, he had power over my life and career, and I was anxious not to insult him or make him mad. I explained that I didn't want to have sex with him in as many different ways as possible. I said it in person, but I also wrote it in texts and emails. I reminded him in almost every interaction we had. I told him that his demands were causing me extreme stress, including panic attacks, as well as forcing me to look for work elsewhere. He repeatedly got angry with me for rejecting his advances, such as when he requested to buy me expensive clothes. He called me a bitch in front of co-workers when I refused to hold his hand.

In just one email in January 2017 I wrote to Chishti: "three times you have behaved inappropriately and with my explicit non-consent." I reminded him that I had said to his face: "Zia, this is not consensual. I don't want this." I told him "[t]hese experiences were frightening, degrading and embarrassing for me…..I do not trust you when you are drunk and these experiences make me feel scared and apprehensive."

Instead of changing his behavior toward me, Chishti became more hostile. In writing, he called me petulant; accused me of playing angsty games; and he told me I needed to "fix my behavior." In the weeks before a performance review with Chishti of my Brazil accounts approached in September 2017, Chishti's suggestions became more and more violent. I summoned my courage and told Chishti that his sexual demands made me fear that I was going to lose my job and were causing me to have panic attacks. In response, he sent me two pornographic emails describing his rape fantasy, including strangling me while having sex. I was

2

stunned and horrified and tried to ignore them.

In Brazil, I avoided him as much as I could, but was under increasing pressure from him. I began to worry that in addition to wanting sex, Chishti wanted to hurt me and punish me for rejecting him. After my presentation, I attended dinner with Chishti and colleagues. Later that night, I went to the hotel bathroom and texted him that I was sick and going back to my hotel. Chishti replied that he would meet me there. I said I was vomiting. He said he was on his way. I admitted that I was still at his hotel.  I felt completely trapped and hopeless. I was 23 and very far from home. I didn't want to lose my job. I didn't want him to get any angrier. I did not feel that anyone would protect me. I was too tired to argue with him anymore.

I went to his room where he beat me while having sex with me. I told him he was hurting me; he said, "good." He told me he should have had sex with me when we first met when I was thirteen years old. When I left, he said "we should do this more often." I hid in my hotel room until my flight the next day. My body was covered with scratches, cuts and contusions. I had bruises around my neck that looked like I had been strangled, a large bump on my head, a black eye. A nurse at the hospital said I had the symptoms of a concussion.

As soon as my lawyers contacted Afiniti, Chishti initiated an arbitration *against me*. He knew that the secrecy of arbitration would protect him. Nine months later, the day before my deposition, to punish and scare me, he sued my father, who had quit the day I returned from Brazil, in secret arbitration.

In May 2019, the arbitrator in my case ruled that I had been sexually harassed and assaulted by Chishti. Since then, Chishti's lawyers at Morgan Lewis have tried to get me to vacate the arbitration award. In exchange for erasing the arbitrator's ruling, they offered to (1) let me keep the money awarded; (2) drop the claim against my father; and (3) give my father $1,000,000. They sued my father – and then offered to give him $1 million if I erased the ruling – probably so Afiniti and Chishti could hide it from his future victims and from potential shareholders if the company goes public.

And it's still not over. My father's arbitration has been on-going for 3 years and has already cost him tens of thousands of dollars in attorneys' fees. The harassment and assault I endured were hard enough on my family, but we still manage the financial and emotional burdens of being sued by my abuser in secret arbitration. Chishti still has power over me. He is still able to frighten me. Forced arbitration is the reason  Chishti is able to carry out this on-going campaign of retaliation against

3

me, my family, and probably other victims. Today as I speak here, I am afraid of the consequences for my family that will arise from my speaking out. I have PTSD. I have nightmares. I used to be a very social person - I no longer am. The person who changed my life forever continues to abuse me because forced arbitration gives him the power to do it in secret.

4

# EXHIBIT C

## Evidence of Tortious Interference

# The Telegraph

My Feed

News   Sport   **Business**   Opinion   Ukraine   Money   Life   Style   Travel   Culture   Puz

See all Business



## AT&T told to act over Afiniti sex scandal

Call for US telecoms giant AT&T to address sexual harassment scandal as more advisers
follow David Cameron out the door

*By* James Titcomb

27 November 2021 • 7:00pm

    

https://www.telegraph.co.uk/business/2021/11/27/att-told-act-afiniti-sex-scandal/

Page 1 of 14

AT&T is under pressure to address a sexual assault scandal at the tech company Afiniti, which relies on the $170bn telecoms giant for most of its revenue.

The American operator is understood to account for up to two thirds of Afiniti's revenue after signing a deal worth more than $100m (£75m) in 2019, but has not publicly responded to the crisis engulfing the company and its dethroned founder Zia Chishti.

Tatiana Spottiswoode, a former employee, has alleged that Mr Chishti abused and harassed her and at least one other staff member on company work trips abroad, leading the board to sack him this month. The claims led David Cameron, the former prime minister, to quit as a senior adviser to the company, and customers including Sky and Liberty Global have said they are assessing their options.

Telecoms sources said that some Afiniti customers are seeking to develop their own versions of its technology, which helps manage queues of callers to customer service centres.

Advertisement

Nancy Erika Smith, Ms Spottiswoode's lawyer, called on Texas-based AT&T to hold Afiniti accountable, saying customers have a "powerful voice" to force changes.

"Customers such as AT&T are becoming more active in rejecting the products and services of companies which enable and cover up sexual harassment, abuse and other types of discrimination," she said.

"Customers and shareholders should assign responsibility to board members and the companies that prop up the harassers and enablers. Money talks and customers have a powerful voice. I hope they use it."

AT&T promotes itself as a champion of women in the workplace. On its website it says: "Women are core to the foundation of AT&T. They help push our company forward and inspire others to do the same."

Its "principles of conduct for suppliers", also published on the AT&T website, says: "AT&T expects suppliers to treat all employees with respect and dignity. The use of corporal punishment, threats of violence, physical abuse or other forms of physical coercion, harassment, or intimidation are not tolerated."

Mr Chishti, a 50-year-old Pakistani-American who previously enjoyed success with a business making transparent braces for teeth, has denied wrongdoing. He has describer Ms Spottiswoode's allegations as "particularly hurtful" because "one of my priorities [is] to see that they [women] do absolutely as well as they can".

AT&T's links with Afiniti and Mr Chishti are under scrutiny as more members of Afiniti's advisory board follow Mr Cameron to the exit.

The Telegraph understands that Mike Mullen, the former US defence chief, has resigned from the board, alongside Andrea Wong, a former Hollywood executive, and Tom Glocer, the former head of Thomson Reuters.

Admiral Mullen, the chairman of the joint chiefs of staff during George W Bush and Barack Obama's presidencies, was one of the board's most prominent figures.

Mr Chishti has been forced to step down and Afiniti has launched an investigation into claims of sexual harassment at the company, but he retains influence through his leadership of TRG, its biggest shareholder.

Afiniti initially said that it had examined Ms Spottiswoode's claims and concluded that they were untrue, despite an independent arbitration finding against Mr Chishti.

A source said: "Zia left in response to customer outrage and he's banking on the fact that customers see the headlines, feel they've ticked the box, and won't pick up on the second order influence."

Afiniti continues to employ Princess Beatrice as its vice-president of partnerships and strategy. She is on maternity leave after giving birth to her daughter, Sienna, in September.

AT&T did not respond to requests for comment.

# EXHIBIT D1

## Evidence of Defamation

Afiniti chief Zia Chishti forced out one day after royal friend insisted tech boss would stay                                    9/7/22, 3:24 PM

My Feed   ☰

News   Sport   Business   Opinion   Ukraine   Money   Life   Style   Travel   Culture   Puzzles

See all Business



### Afiniti chief Zia Chishti forced out one day after royal friend insisted tech boss would stay

Founder stands down after being accused of a violent sexual assault against an employee

*By* James Titcomb *and* Lucy Burton

18 November 2021 • 10:48pm

   

Zia Chishti, the founder of Princess Beatrice's technology company Afiniti, resigned on Thursday night two days after a former employee accused him of violent sexual assault.

Following a crunch board meeting, directors said Mr Chishti had "stepped down from his role as chairman, chief executive officer, and director of Afiniti, effective immediately".

The summit that decided his future came just a day after Afiniti's board had stood by Mr Chishti and said the explosive allegations against him made by Tatiana Spottiswoode were "false".

https://www.telegraph.co.uk/business/2021/11/18/afiniti-chief-forced-following-sex-assault-claim/                                    Page 1 of 8

Afiniti chief Zia Chishti forced out one day after royal friend insisted tech boss would stay                    9/7/22, 3:24 PM

In an email sent to staff on Wednesday seen by The Telegraph, the chief commercial officer, Thomas Inskip, told workers that Mr Chishti, 50, would stay on as chief executive and attempt to restore his name.



Zia Chishti was forced out with immediate effect

However, the company's problems subsequently mounted, with David Cameron resigning as a senior adviser and customers and investors putting pressure on the company following Ms Spottiswoode's account of a series of abusive behaviour and harassment.

On Thursday Ms Spottiswoode told The Telegraph that the company should break non-disclosure agreements silencing former employees.

Advertisement

In her first public comments since her testimony to the US Congress, Ms Spottiswoode said Afiniti should "immediately release all employees from any NDAs or other confidentiality clauses" preventing them from speaking out, and "release all employees and former employees from forced arbitration".

https://www.telegraph.co.uk/business/2021/11/18/afiniti-chief-forced-following-sex-assault-claim/                Page 2 of 8

Afiniti chief Zia Chishti forced out one day after royal friend insisted tech boss would stay                    9/7/22, 3:24 PM

Ms Spottiswoode this week claimed that Mr Chishti, who is two decades her senior, had left her with injuries as part of a series of assaults and abusive behaviour during her employment with Afiniti.



Images of Tatiana Spottiswoode's injuries were released by the House Judiciary Committee as part of its investigation and report

On Wednesday, Mr Cameron, who had chaired Afiniti's advisory board, resigned with immediate effect in protest at how Mr Chishti had handled the allegations, while customers and investors had also put pressure on the company.

Hours before Mr Cameron's exit, Afiniti had defended Mr Chishti to its own employees and rejected Ms Spottiswoode's account, according to an email to staff.

Thomas Inskip, the company's chief commercial officer, told staff: "As you can imagine our board, which governs our company to the highest levels, has all the facts and will make the correct decisions for Afiniti. The board has decided last night that Zia will stay on as our CEO. Zia strongly refutes the accusations against him and will now seek to clear his name."

Mr Inskip, a childhood friend of the Duke of Sussex, added that Afiniti's top lawyer, Caroline Mehta, had examined and rejected Ms Spottiswoode's testimony.

"Her strong view is that the narrative that was shared with Congress by Tatiana yesterday was false and that the relationship was consensual," Mr Inskip wrote.

In testimony to Congress, Ms Spottiswoode had alleged that Mr Chishti had "groomed" her from the age of 21 and engaged in a pattern of sexual abuse and harassment after hiring her two years later.

On Thursday Ms Spottiswoode told The Telegraph: "Everyone involved in the misogynist culture at Afiniti – there are quite a few - should be held accountable. Everyone who enabled it should be held accountable. As long as they still have forced arbitration, we can assume that this behaviour is ongoing."

Afiniti chief Zia Chishti forced out one day after royal friend insisted tech boss would stay                    9/7/22, 3:24 PM

Ms Spottiswoode urged the company to drop legal action against her and her father, whom she said had been targeted in an attempt to force her to erase an arbitration ruling against Mr Chishti.

"On a personal level, the board should insist that Afiniti and Chishti pay my father for the stock they seized and for his attorneys fees and dismiss the retaliatory arbitration they filed to scare and punish me."

Princess Beatrice, Afiniti's vice-president of partnerships and strategy, has not commented on the allegations since they emerged. She is currently on maternity leave.

## Business Briefing newsletter

Our daily digest packed with news and analysis



<div style="border:1px solid teal; text-align:center">Sign up</div>

Related Topics
Princess Beatrice, Afiniti   

## More stories

 Volkswagen drives into danger with €85bn Porsche sale

 Truss's energy bill freeze will save Britain from punishing interest rates

 Kwasi Kwarteng tells City leaders to prepare for 'Big Bang 2' - live updates

 Fracking won't cut energy prices, Liz Truss told

 Russia hunting for microchips made by Welsh factory owner

 Energy bills respite casts doubt on Bank's punishing interest rate rise

## More from Business

   **Live** | Pound crashes to weakest level since 1985 - live updates

# EXHIBIT D2

**Evidence of Blackmail and Defamation**



### The Telegraph

News   Sport   **Business**   Opinion   Ukraine   Money   Life   Style   Travel   Culture   Puzzle

See all Business



## Dethroned Afiniti founder threatened with release of more alleged abuse photos

Zia Chishti resigned after former employee Tatiana Spottiswoode accused him of violent sexual assault

*By* Lucy Burton, BANKING EDITOR

20 November 2021 • 7:00pm

    

The dethroned founder of the tech startup Afiniti has been warned that "additional photos

and information" will be released about his alleged sexual assault of an employee if he attempts to clear his name.

Zia Chishti, the founder of the call centre technology company Afiniti, resigned on Thursday after former employee Tatiana Spottiswoode accused him of violent sexual assault.

His exit came the day after Afiniti's chief commercial officer Thomas Inskip told workers that the 50-year-old would stay on as chief executive and "seek to clear his name". Mr Inskip is a close friend of the Duke of Sussex and Afiniti employs also Princess Beatrice as a senior executive.

This weekend Ms Spottiswoode's lawyer Nancy Smith, who acted for former Fox News host Gretchen Carlson when she sued Roger Ailes for sexual harassment, said if Mr Chishti attacks her client or starts "cherry picking information" she will hit back with new evidence. He denies any wrongdoing.

Ms Smith said: "Every single sexual predator has this playbook of saying the harassment was 'welcome'. When I sued Roger Ailes on behalf of Gretchen Carlson, Ailes immediately released a "thank you" note she had written to somehow prove that she consented to his harassment.

"Does Chishti claim that Ms Spottiswoode consented to being beaten?

"If he is going to violate the confidentiality provisions he imposed, we will answer him with additional photos and information."

Ms Spottiswoode on Tuesday provided photos to the US Congress which she said displayed evidence of the alleged assaults. She claimed they had left her with bruises around her neck.

Former prime minister David Cameron stood down as chairman of Afiniti's advisory board on Wednesday, criticising its handling of the allegations, of which he said he had been completely unaware.

## Business Briefing newsletter

Our daily digest packed with news and analysis



| Sign up |
| --- |

# EXHIBIT E

REDACTED























# EXHIBIT F

REDACTED





# EXHIBIT G

**Selected Blackmail Photographs**



REDACTED



REDACTED



# EXHIBIT H

**Personal Photographs**

Photograph 1.



Photograph 2.



Photograph 3

REDACTED

Photograph 4



Photograph 5



Photograph 6

