# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIA CHISHTI, SARAH POBERESKIN<br><br>Plaintiffs,<br><br>v.<br><br>TATIANA SPOTTISWOODE; JAMES SPOTTISWOODE; NANCY ERIKA SMITH; EDWARD E. JOHNSON; MICHAEL ZWEIG,<br><br>Defendants. | Civil Action No. 1:22-cv-03490 |

## NOTICE OF FILING

Pursuant to the Court's Order of November 16, 2022, the plaintiffs hereby notify the Court of their intention to proceed with filing the complaint under the terms of the Court's Order, i.e., with Paragraphs 231 through 283 and Paragraphs 312 through 325, ECF No. 1, and Exhibits E, F at 52-66, ECF No. 1-2, publicly accessible.

_____          _____
Zia Chishti                                         Sarah Pobereskin

*Pro Se Plaintiffs*