UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIA CHISHTI<br>SARAH POBERESKIN<br><br>  Plaintiffs,<br><br>vs.<br><br>TATIANA SPOTTISWOODE<br>JAMES SPOTTISWOODE<br>NANCY ERIKA SMITH<br>EDWARD E. JOHNSON<br>MICHAEL ZWEIG<br><br>  Defendants. | CIVIL ACTION NO: 1:22-cv-03490-ABJ<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Nancy Erika Smith, Edward E. Johnson, Michael P. Zweig, Tatiana Spottiswoode and James Spottiswoode and Plaintiffs Zia Chishti and Sarah Pobereskin ("Plaintiffs," and together with "Defendants", the "Parties"), by and through counsel, hereby stipulate to an extension of time for Defendants to move, answer or respond to Plaintiffs' Complaint until March 31, 2023. To the extent Defendants move in response to the Complaint, the Parties further stipulate that Plaintiffs' opposition shall be due on April 28, 2023 and replies shall be due May 22, 2023.

1

This extension shall be granted based on the following:

1. Plaintiffs filed their Complaint in this action on November 13, 2022.

2. Concurrent with the filing of this stipulation, counsel for Michael Zweig has accepted service of the Complaint on behalf of Mr. Zweig.

3. Concurrent with the filing of this stipulation, counsel for Edward Johnson has accepted service of the Complaint on behalf of Mr. Johnson.

4. Concurrent with the filing of this stipulation, counsel for Nancy Erika Smith has accepted service of the Complaint on behalf of Ms. Smith.

5. Concurrent with the filing of this stipulation, counsel for Tatiana Spottiswoode has accepted service of the Complaint on behalf of Ms. Spottiswoode.

6. Concurrent with the filing of this stipulation, counsel for James Spottiswoode has accepted service of the Complaint on behalf of Mr. Spottiswoode.

7. In order to potentially avoid duplicative motions (and responses thereto) in response to the Complaint, the Parties have stipulated to a mutually agreed response date of March 31, 2023 by which the Defendants agree to move, answer or otherwise respond to the Complaint.

8. The Parties further stipulate that Plaintiffs will file oppositions by April 28, 2023, 2023. Replies will be due by May 22, 2023.

9. All other defenses except as to the sufficiency of service of process are hereby preserved.

10. The requested extension will not alter the date of any event or deadlines.

Dated: February 2, 2023                By: _____
                                       Zia Chishti (Plaintiff *Pro se*)

Dated: February 2, 2023                By: _____
                                       Sarah Pobereskin (Plaintiff *Pro se*)

Dated: February 1, 2023                By: */s/ Elizabeth A. Jewell*
                                       Elizabeth A. Jewell
                                       (DC Bar No. 1024688)
                                       WILEY REIN LLP
                                       2050 M Street NW
                                       Washington, DC 20036
                                       202-719-4274 (direct)
                                       ejewell@wiley.law
                                       *Counsel for Defendant Nancy Erika Smith*

Dated: February 1, 2023                By: */s/ Dennis J. Quinn*
                                       Dennis J. Quinn
                                       (DC Bar No. 455793)
                                       Carr Maloney, P.C.
                                       2000 Pennsylvania Ave. NW
                                       Suite 8001
                                       Washington, DC 20036
                                       202-310-5519 (direct)
                                       dennis.quinn@carrmaloney.com
                                       *Counsel for Defendant Edward Johnson*

Dated: February 1, 2023                By: */s/ John David Taliaferro*
                                       John David Taliaferro
                                       (DC Bar No. 498068)
                                       LOEB AND LOEB LLP
                                       901 New York Ave. NW; 300-E
                                       Washington, DC 20001
                                       202-618-5015 (direct)
                                       jtaliaferro@loeb.com
                                       *Counsel for Defendant Michael P. Zweig*

Dated: February 1, 2023            By: */s/ Mark I. Bailen*
Mark I. Bailen
(DC Bar No. 459623)
Law Offices of Mark I. Bailen PC
1250 Connecticut Avenue, NW
Suite 700
Washington D.C. 20036
(202) 656-0422 (direct)
mb@bailenlaw.com
*Counsel for Defendant Tatiana Spottiswoode*

Dated: February 1, 2023            By: */s/ Alan M. Freeman*
Alan M. Freeman
(DC Bar No. 454693)
Blank Rome LLP
1825 Eye Street NW
Washington, D.C. 20006
202-772-5925 (direct)
alan.freeman@blankrome.com
*Counsel for Defendant James Spottiswoode*

4875-0419-9758.1

## **CERTIFICATE OF SERVICE**

I certify that on February 2, 2023 the Joint Stipulation to Extend Time for Defendants to Respond to Plaintiffs' Complaint was served to all parties of record via ECF.

*/s/ Elizabeth A. Jewell*
Elizabeth A. Jewell